UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:16-mj-00444-TAB-1 |
| ) | |
| AKRAM L. MUSLEH, ) | |
| ) | |
| Defendant. ) | |

ORDER

THIS MATTER having come before this Court on the government's motion requesting that this Court order the previously-filed Government's Unopposed Motion for an Extension of Time to File An Indictment or Information be placed under seal, and this Court having reviewed the motion and being duly informed in the matter, it is hereby

ORDERED AND ADJUDGED that the government's motion is GRANTED.

It is further ORDERED AND ADJUDGED that the Government's previously-filed Unopposed Motion For An Extension Of Time To File An Indictment Or An Information is Ordered placed under seal.

DONE at Indianapolis, Indiana, this 2nd day of September, 2016.

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel via electronic notification.